```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAXIMINO VIVES MORALES,

    Plaintiff,

v.      Civil Action No.: 1:25-cv-00873-BCM

LELAND DUDEK,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**MEMO ENDORSED**

> Application GRANTED. SO ORDERED.
>
> /s/ Barbara Moses    4/29/2025
>
> Barbara Moses, U.S.M.J.

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

The parties, through their attorneys, and in accordance with Local Social Security Rule 4.1, met and conferred on April 24, 2025, regarding the briefing deadlines in this case, and respectfully request that the deadlines be extended as follows:

- Plaintiff's Opening Brief is due by June 6, 2025;
- Defendant's Response Brief is due by August 5, 2025;
- Plaintiff's Reply Brief is due by August 19, 2025.

The parties hereby request that this Scheduling Order be approved.

    Respectfully submitted,

Date: April 28, 2025       */s/ Hannalore B. Merritt*
    HANNALORE B. MERRITT, ESQ.
    Osterhout Berger Daley, LLC
    521 Cedar Way, Suite 200
    Oakmont, PA 15139
    Ph.: 412-794-8003 ext 405
    Fax: 412-794-8050
    hmerritt@obd.law

Date: April 24, 2025       */s/ Jonathan King*
    JONATHAN KING, ESQ.
    Special Assistant US Attorney, DOJ

Social Security Administration, OGC
6401 Security Boulevard
Baltimore, MD 21235
Ph.: 212-264-2004
Fax: 833-411-0842
Jonathan.m.king@ssa.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **JOINT MOTION TO AMEND THE SCHEDULING ORDER** was served upon counsel for the Defendant in this matter via ECF this 28th day of April 2025.

*/s/ Hannalore B. Merritt*
HANNALORE B. MERRITT