**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 MAXIMINO VIVES MORALES,

                             Plaintiff,                        25 **CIVIL** 873

     -v-                                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 15, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision.

**Dated:**  New York, New York

      August 15, 2025

                                                       **TAMMI M. HELLWIG**
                                                       _____
                                                         **Clerk of Court**

                         **BY:**          K. Mango

                                                     _____
                                                         **Deputy Clerk**